# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| ANTONIO WHITE, | : | No. 72 MAP 2023 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court at No. 299 MD |
| | : | 2022 dated May 4, 2023. |
| v. | : | |
| | : | |
| | : | |
| GEORGE LITTLE, SECRETARY, PA. DOC, | : | |
| BOBBY JO SALAMON, SUPER, S.C.I | : | |
| ROCKVIEW ET AL, OFFICER'S, AGENTS, | : | |
| SERVANTS, EMPLOYEES AND | : | |
| ATTORNEYS, | : | |
| | : | |
| Appellees | : | |

## ORDER

**PER CURIAM**                                   **DECIDED:  March 21, 2024**

AND NOW, this 21st day of March, 2024, the order of the Commonwealth Court is

**AFFIRMED**.